| | |
|---|---|
| 1 | Rodger K. Carreyn (Bar No. 1092344) |
|   | RCarreyn@perkinscoie.com |
| 2 | Christopher G. Hanewicz (*pro hac vice*) |
|   | CHanewicz@perkinscoie.com |
| 3 | Gabrielle E. Bina (*pro hac vice*) |
|   | GBina@perkinscoie.com |
| 4 | David R. Pekarek Krohn (*pro hac vice*) |
|   | DPekarekKrohn@perkinscoie.com |
| 5 | PERKINS COIE LLP |
|   | One East Main Street, Suite 201 |
| 6 | Madison, WI  53703-5118 |
|   | Telephone:  608.663.7460 |
| 7 | Facsimile:  608.663.7499 |
| 8 | Joseph P. Hamilton (Bar No. 211544) |
|   | JHamilton@perkinscoie.com |
| 9 | PERKINS COIE LLP |
|   | 1888 Century Park East, Suite 1700 |
| 10 | Los Angeles, CA 90067-1721 |
|   | Telephone: 310.788.9900 |
| 11 | Facsimile: 310.788.3939 |
| 12 | Attorneys for Plaintiff |
|   | Easton Baseball/Softball Inc. |
| 13 | |
| 14 | (additional counsel listed on signature page) |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Easton Baseball/Softball Inc. , | Case No. 2:15-cv-09221-R-GJS |
| Plaintiff, | **JOINT NOTICE OF STIPULATED DISMISSAL** |
| v. | |
| Wilson Sporting Goods Co., | |
| Defendant. | |
| And Related Counterclaims | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiff and counter-defendant, Easton Baseball/Softball, Inc. ("Easton"), and the defendant and

-1-

counter-plaintiff, Wilson Sporting Goods Co. ("Wilson"), having agreed to settle their differences, hereby stipulate to the dismissal of the complaint with prejudice and to dismissal of the counterclaims without prejudice, subject to the parties' settlement agreement.  Each party to pay its own costs and fees.

DATED:  October 11, 2016   **PERKINS COIE LLP**

By: */s/ Rodger K. Carreyn*
    Rodger K. Carreyn (Bar No. 210432)
    rcarreyn@perkinscoie.com

Rodger K. Carreyn (Bar No. 210432)
rcarreyn@perkinscoie.com
Christopher G. Hanewicz (*pro hac vice*)
chanewicz@perkinscoie.com
Gabrielle E. Bina (*pro hac vice*)
gbina@perkinscoie.com
PERKINS COIE LLP
One East Main Street, Suite 201
Madison, WI 53711
Telephone:  608-663-7460
Facsimile:  608-663-7499

Joseph P. Hamilton (Bar No. 211544)
JHamilton@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3939

Attorneys for Plaintiff and Counter-Defendant, Easton Baseball/Softball Inc.

-2-
Joint Notice of Stipulated Dismissal
2:15-cv-09221-R-GJS

| | |
|---|---|
| DATED: October 11, 2016 | **KEY AND ASSOCIATES** |
| | By: */s/ Jeffery A. Key* |
| | Jeffery A. Key (*pro hac vice*) |
| | jakey@key-and-associates.com |
| | |
| | Jeffery A Key (*pro hac vice*) |
| | jakey@key-and-associates.com |
| | Key and Associates |
| | 321 North Clark Street Suite 500 |
| | Chicago, IL 60654 |
| | Telephone: 312-560-2148 |
| | Facsimile: 312-957-1236 |
| | |
| | Bradley T. Fox (*pro hac vice*) |
| | brad@foxgroupllc.com |
| | Fox Law Group LLC |
| | 528C Main Avenue |
| | Durango, CO 81301 |
| | Telephone: 970-317-3580 |
| | Facsimile: 866-348-4107 |
| | |
| | Eric R. McDonough (Bar No. 193956) |
| | emcdonough@seyfarth.com |
| | SEYFARTH SHAW LLP |
| | 333 S. Hope Street, Suite 3900 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 270-9600 |
| | Facsimile: (213) 270-9601 |
| | |
| | MICHAEL LEVINSON (*pro hac vice*) |
| | mlevinson@seyfarth.com |
| | SEYFARTH SHAW LLP |
| | 131 South Dearborn Street |
| | Chicago, Illinois 60603 |
| | Telephone: (312)-460-5868 |
| | Facsimile: (312)-460-7868 |
| | |
| | Attorneys for Defendant and Counter-Plaintiff, Wilson Sporting Goods Co. |