JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Easton Baseball/Softball Inc., <br><br> Plaintiff, <br><br> v. <br><br> Wilson Sporting Goods Co., <br><br> Defendant. <br><br> And Related Counterclaims | Case No. 2:15-cv-09221-R-GJS <br><br> **ORDER RE DISMISSAL** <br><br> Complaint Filed: November 30, 2015 <br> Trial Date: November 29, 2016 |

133157711.1

Pursuant to the stipulation of the parties and good cause appearing therefore, Defendant Wilson Sporting Good Co, a Delaware Corporation, is hereby dismissed with prejudice from Plaintiff Easton Baseball/Softball Inc.'s Complaint and Counter-Defendant Easton Baseball/Softball Inc. is dismissed without prejudice from Wilson's related counterclaims, with each party to bear its own costs and attorneys' fees.  The above-captioned action, including all claims asserted therein, is dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure

**IT IS SO ORDERED.**

Dated:  October 12, 2016

_____
HON. MANUEL L. REAL
U.S. DISTRICT COURT JUDGE

1331577711.1